[No. 3183-7-III. Division Three. April 10, 1980.]

THE STATE OF WASHINGTON, *on the Relation of The City of Kennewick, Respondent*, v. LYLE H. EMERY, ET AL, *Appellants*.

Appeal from judgments of the Superior Court for Benton County, Nos. 78–055, 78–056, Fred R. Staples, J., entered November 9, 1978. *Affirmed* and *reversed* by unpublished

opinion per Roe, J., concurred in by Green, C.J., Munson, J., concurring in part and dissenting in part.